No. 97–1119. HAEGER *v.* SULLIVAN, ASSISTANT DEKALB COUNTY SOLICITOR, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1127. HOTCHKISS *v.* SUPREME COURT OF THE UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1153. CASS *v.* NEW YORK. App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists. Certiorari denied.

No. 97–1155. MOORE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–1161. OLSON *v.* SUN BANK. C. A. 11th Cir. Certiorari denied.

No. 97–1168. BRAGG *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 97–1172. LIEVSAY *v.* WESTERN FINANCIAL SAVINGS BANK ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1206. SCHMIER *v.* JENNINGS ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–1274. VARGAS *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–6080. EAVES *v.* CHAMPION, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–6347. HOFFMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6949. MEDINA *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 97–6968. SAINTFORT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6984. CHAIKEN *v.* VV PUBLISHING CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–7013. MORRIS *v.* BELL, WARDEN. C. A. 6th Cir. Certiorari denied.